UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 2:09-cv-14-FtM-9-STEELE/FRAZIER

**DORVIL JOSEPH and SONY CONSTANT,**

    **Plaintiffs,**

**v.**

**ASC – WELLS FARGO (INACTIVE) D.B.A.**
**ASC, DOES 1-100 AND TRUSTEES 1-100,**

    **Defendants.**

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

**___X___   IS**     related to pending or closed civil or criminal case)s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Shnader Pierre and Sherly Rainey v. America's Servicing Company,* USDC for the Middle District of Florida, Case No 6:09-cv-81-Orl-35 MSS-DAB

**_____   IS NOT**     related to any pending or closed civil or criminal case filed with this court, or any other federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: February 18, 2009

                                        CARLTON FIELDS, P.A.
                                        525 Okeechobee Boulevard
                                        Suite 1200
                                        West Palm Beach, Florida 33401
                                        Telephone:     (561) 659-7070
                                        Facsimile:     (561) 659-7368
                                        Email: mwinston@carltonfields.com

                                        By:____/s/  Michael K. Winston_____
                                              Michael K. Winston
                                              Florida Bar No. 051403

14638382.1

Attorneys for Defendant Wells Fargo Bank,
N.A. d/b/a America's Servicing Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system:

Peter Ticktin, Esquire
Florida Bar No. 887935
The Ticktin Law Group, P.A.
600 West Hillsboro Boulevard, Suite 220
Deerfield Beach, FL 33441
Telephone: (954) 570-6757
Facsimile: (954) 570-6760
Email: pt@legalbrains.com
Via CM/ECF

CARLTON FIELDS, P.A.
525 Okeechobee Boulevard , Suite 1200
West Palm Beach, Florida 33401
Telephone:    (561) 659-7070
Facsimile:    (561) 659-7368
Email: mwinston@carltonfields.com

By:     /s/  Michael K. Winston
        Michael K. Winston
        Florida Bar No. 051403

Attorneys for Defendant Wells Fargo Bank,
N.A. d/b/a America's Servicing Company

14638382.1

2