IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION

CASE NO. 2:09-cv-14-FTM-29DNF

DORVIL, JOSEPH and
SONY CONSTANT,

    Plaintiffs,

vs.

ASC - WELLS FARGO (INACTIVE),
D.B.A. ASC, DOES 1-100 and
TRUSTEES 1-100,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiffs, DORVIL, JOSEPH and SONY CONSTANT, by and through their undersigned counsel, and hereby files this Notice of Voluntary Dismissal Without Prejudice, and hereby dismisses, without prejudice, their Complaint for Recission of Mortgage and for Damages, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th day of February, 2009 to: Michael K. Winston, Carlton Fields, P.A. 525 Okeechobee Boulevard, Suite 1200, West Palm Beach, Florida 33401.

THE TICKTIN LAW GROUP
Attorney for Plaintiffs
600West Hillsboro Blvd., Suite 220
Deerfield Beach, Florida 33341
(954) 570-6757 Phone
(954) 570-6760 Fax

BY: _____/s/   Peter Ticktin_____
PETER TICKTIN, ESQ.